IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




JAMES DAVID HELMUTH,
§
 APPEAL FROM THE 241ST

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 SMITH COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 James David Helmuth pleaded guilty to continuing sexual abuse of a child, and the jury
assessed punishment at thirty-five years. He now attempts to appeal his conviction. We have
received the trial court's certification showing that Appellant waived his right to appeal. See Tex.
R. App. P. 25.2(d). The certification is signed by the trial court, Appellant, and Appellant's counsel. 
Accordingly, the appeal is dismissed for want of jurisdiction.

Opinion delivered April 8, 2009.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.







(DO NOT PUBLISH)